# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TONEY,<br><br>                Petitioner,<br>  vs.<br><br>MATTHEW CATE,<br><br>                Respondent. | CASE NO. 11cv1871-LAB (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

      Petitioner Stephen Toney filed his petition pursuant to 28 U.S.C. § 2254 challenging his convictions in California state court. The petition was referred to Magistrate Judge Barbara Major, who issued her report and recommendation (the "R&R") on October 26, 2012, which recommended denying the petition. Toney was given an opportunity to object to the R&R, but did not do so. Toney also did not object to any of Judge Major's non-dispositive rulings, including denial of discovery and denial of appointment of counsel.

      A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court reviews de novo those portions of the R&R to which specific written objection is made.

*United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).  "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *Id*.  When no objections are filed, the Court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).

The Court has reviewed the R&R, finds it to be correct, and **ADOPTS** it. The petition is **DENIED**, and the Court also **DENIES** a certificate of appealability.

**IT IS SO ORDERED**.

DATED: May 10, 2013

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge